UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS A. TROSZAK

       Plaintiff,                                    Case No. 09-14107
                                                     HON. BERNARD A. FRIEDMAN

vs.

UNITED STATES OF AMERICA,

       Defendant.
_____/

## **MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Magistrate Judge Mona K. Majzoub's Report and Recommendation ("R and R") dated May 6, 2010. Plaintiff filed an objection to the R and R, stating only that it objected "for the reason stated in plaintiffs [sic] original brief" and that it "relies on facts not in evidence." Plaintiff makes factual contentions inapposite to the conclusions drawn by Magistrate Judge Majzoub, but fails to attach any supporting documentation of such conclusions. The Court may not consider bare assertions contained within a brief without supporting evidence.

This Court had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS ORDERED that Magistrate Judge Mona K. Majzoub's Report and Recommendation dated May 6, 2010, is hereby accepted and adopted.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss is GRANTED.

1

IT IS FURTHER ORDERED that Plaintiff's Motion to Amend the Complaint is DENIED.

Dated: May 24, 2010　　　　　　　　　　　S/Bernard A. Friedman_____
　　　　Detroit, Michigan　　　　　　　　　　BERNARD A. FRIEDMAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE